UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| AMBER K. ROBERTS,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:20-cv-05780-RSM<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the administrative law judge (ALJ) to offer Plaintiff the opportunity for a hearing further evaluate Plaintiff's impairments, including possible carpal tunnel syndrome; reevaluate the opinion evidence of record; and, as warranted, reevaluate Plaintiff's residual functional capacity. If warranted by the expanded record, the ALJ will obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy. The ALJ will take any further action needed to complete the administrative record and issue a new decision.

Page 1    ORDER - [3:20-cv-05780-RSM]

Upon proper presentation, the Court will consider whether reasonable attorney fees, costs, and expenses should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 18th day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3858
Fax:  (206) 615-2531
lisa.goldoftas@ssa.gov